IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BLENKER BUILDING SYSTEMS, INC.,

    Plaintiff,

v.

ARRAY FINANCIAL SERVICES, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-838-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Array Financial Services, Inc. against plaintiff Blenker Building Systems, Inc. dismissing the case.

| s/ K. Frederickson, Deputy Clerk | October 12, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |